

# NUMBER 13-15-00330-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE KRISTIN BOWLING

**On Petition for Writ of Mandamus and
Writ of Prohibition.**

## ORDER

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

Relator, Kristin Bowling, filed a petition for writ of mandamus and writ of prohibition on July 17, 2015, through which she contends that the trial court lacks jurisdiction to intervene in a criminal case that has not been indicted. She seeks to compel the trial court to vacate its order denying relator's plea to the jurisdiction and to retract a warrant for relator's arrest. This original proceeding arises from trial court cause number 14-AC-0466 in the 105th District Court of Kleberg County. A separate appeal from that same

trial court cause number has been docketed in our appellate cause number 13-15-00300-CR. The Court requests the real party in interest, the State of Texas, acting by and through the District Attorney for Kleberg County, Texas, to file a response to the petition for writ of mandamus on or before the expiration of ten days from today's date. *See* TEX. R. APP. P. 52.8(b).

IT IS SO ORDERED.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of July, 2015.